THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Gary W. Jowers, Appellant.
 
 
 

Appeal From Lancaster County
 Paul M. Burch, Circuit Court Judge

Unpublished Opinion No.  2005-UP-051
Submitted January 1, 2005  Filed January 
 20, 2005

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John R. Justice, of Chester, for Respondent.
 
 
 

PER CURIAM: Gary W. Jowers pled guilty to second-degree burglary.  Jowers 
 argues his guilty plea did not comply with the mandates set forth in Boykin 
 v. Alabama, 395 U.S. 238 (1969).  His counsel attached to the final brief 
 a petition to be relieved as counsel, stating she reviewed the record and concluded 
 Jowerss appeal is without merit.  Jowers filed a pro se response.  

After a thorough review of the record pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
HEARN, C.J., and GOOLSBY, and WILLIAMS, JJ., concur.

 
 [1]   We decide this case without oral argument pursuant 
 to Rule 215, SCACR.